IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SPAND,

        Plaintiff,                          No. CIV S-09-0552 EFB P

    vs.

J. MARTEL, et al.,

        Defendants.               <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*

2 *pauperis* application upon the Director of the California Department of Corrections and

3 Rehabilitation and deliver a copy of this order to the Clerk's financial division.

4       So ordered.

5 Dated:   July 15, 2010.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE